UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **CASSANDRA L. ROSS,**<br><br>Plaintiff,<br><br>vs.<br><br>**KILOLO KIJAKAZI, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,**<br><br>Defendant. | 2:20-CV-12170-TGB-EAS<br><br><br><br>**ORDER TO REMAND** |

The Commissioner's motion to remand is granted and this matter is remanded for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292, 296-97 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991). The Appeals Council will remand the case to a different Administrative Law Judge to obtain medical expert evidence, reconsider the claimant's residual functional capacity, obtain additional vocational evidence if warranted, offer the claimant the opportunity for a new hearing, and issue a new decision.

DATED this 10th day of August, 2021.

2

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge