UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **CASSANDRA L. ROSS,**<br><br>Plaintiff,<br><br>vs.<br><br>**KILOLO KIJAKAZI, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,**<br><br>Defendant. | 2:20-CV-12170-TGB-EAS<br><br><br><br>**JUDGMENT** |

In accordance with the Order issued on this date, it is **ORDERED AND ADJUDGED** that the case be **REMANDED** for further proceedings.

Dated at Detroit, Michigan:  August 10, 2021

                                      KINIKIA ESSIX
                                      CLERK OF THE COURT

                                      s/A. Chubb
                                      Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE